UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICIA WINGET                          CIVIL ACTION

VERSUS

AEGIS SECURITY INSURANCE
COMPANY                                 NO. 22-00702-BAJ-SDJ

## RULING AND JUDGMENT

This is an insurance case. Before the Court is a **Motion to Dismiss (Doc. 26)** filed by Defendant, seeking dismissal of *pro se* Plaintiff's cause of action. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 27, the "Report")**, recommending that Plaintiff's cause of action be dismissed, without prejudice, pursuant to Rule 41(b) for failure to prosecute. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's cause of action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 7th day of October, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA